Jacksonville, Tampa and Key West Railway Company,
    Plaintiff in Error vs. Alice Williams and D. B. Williams, her husband, Defendants in Error.

Writ of Error to Circuit Court, Duval county.

*T. M. Day, Jr.,* for Plaintiff in Error.

*H. H. Buckman,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

William Kirk, Plaintiff in Error, vs. John Sheppard, Defendant in Error.

Writ of Error to Circuit Court, Escambia county.

*John S. Beard,* for Plaintiff in Error.

*Blount & Blount,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed because there is no final judgment certified in the record proper.